IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL TRUAX, et al,<br><br>Plaintiffs,<br><br>v.<br><br>MARC WILSON, et al,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER STRIKING ANSWER AND PROHIBITING PRO SE REPRESENTATION OF AN ENTITY<br><br>Case 2:26-cv-517-TS-CMR<br><br>District Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

On September 9, 2026, Defendant Mark Wilson, appearing pro se, filed an Answer to Plaintiffs' Complaint on behalf of Defendant QSI Holding Company ("QSI Holding").[1] While an individual may represent themself in a legal proceeding, "[a] corporation, association, partnership, or other artificial entity must be represented by an attorney who is admitted under DUCivR 83-1.1."[2] Accordingly, Mr. Wilson may not submit any filings or otherwise represent QSI Holding in this litigation. QSI Holding must obtain appropriate legal counsel to answer and otherwise defend against the claims brought against it in the Complaint.

It is therefore

ORDERED that Defendant QSI Holding Company, Inc.'s Answer to First Amended Complaint (Docket No. 44) is STRICKEN.

DATED this 15th day of September, 2025.

BY THE COURT:

Ted Stewart
United States District Judge

[1] Docket No. 44.

[2] DUCivR 83-1.3(c)(2); *see also Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001) ("As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney . . . appearing pro se.") (citing *Flora Constr. Co. v. Fireman's Fund Ins. Co.,* 307 F.2d 413, 414 (10th Cir. 1962) ("The rule is well established that a corporation can appear in a court of record only by an attorney at law.").